IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR321 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CHARLES DAVID WIEDUWILT, | ) ) | |
| Defendant. | ) | |

Before the court is defendant's motion to modify conditions of release (Filing No. 44) to CH, Inc.  Defense counsel has now notified the court that a placement is ready for defendant beginning October 20, 2010. Accordingly,

IT IS ORDERED:

1. The final disposition hearing is scheduled for **November 5, 2010 at 9:00 a.m.**
2. On **Wednesday, October 20, 2010 at 8:30 a.m.,** the defendant is to be released to CH, Inc., and is ordered to report to CH, Inc. by no later than 10:00 a.m. where he will remain, participate in and complete its program and obey all rules of the program.
3. The defendant shall be transported by his brother, Robert Wieduwilt.
4. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 19th day of October, 2010.

BY THE COURT:

s/Joseph F. Bataillon
CHIEF DISTRICT JUDGE